Steven Mack, Esq. (NBN 4000)
**BLACK & LOBELLO**
10777 W. Twain Avenue, Ste 300
Las Vegas, NV 89135
P: (702) 869-8801
F: (702) 869-2669
smack@blacklobello.law
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN KAPLAN, P.C., <br><br> Plaintiff, <br><br> v. <br><br> CAMERON L. MILLER, an individual, <br><br> Defendant. | Case No. 2:15-cv-01395-JCM-PAL <br><br> **ORDER GRANTING WITHDRAWAL OF ATTORNEY OF RECORD** |

This matter having come before this Court at 10 a.m. on Friday, April 7, 2017 upon an oral motion, counsel Steven Mack, Esq. and the law firm of Black & LoBello appearing for Defendant, Cameron L. Miller, who was also present *in person*, and Aaron R. Dean, Esq. appearing on behalf of the Plaintiff, Stephen Kaplan, P.C., the parties present having agreed and stipulated in open court, and this Court and being fully advised and good cause appearing therefore:

THAT pursuant to the agreement and stipulation in open court, Steven Mack, Esq. and the firm Black & LoBello's Motion to Withdraw as attorney of record for the Defendant, Cameron L. Miller, RW and Associates, LLC and all other entities for this case, is granted.

**IT IS SO ORDERED.** April 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
**BLACK & LOBELLO**

_____
Steven Mack, Esq. (NBN 4000)
10777 W. Twain Avenue, Suite 300
Las Vegas, NV 89135
P: (702) 869-8801
F: (702) 869-2669
smack@blacklobello.law
Attorneys for Defendant